FILED
NOV 26 2007
DAVID CREWS, CLERK
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SCOTT LEE, ) | CIVIL NO. 07-00368 ACK-KSC |
| Plaintiff(s), ) | |
| vs. ) | 2:07CV221-SA-S/ |
| CORRECTIONS CORPORATION ) OF AMERICA; JOHN D. ) FERGUSON, JIMMY TURNER; ) ANTHONY GRANDE; STATE OF ) HAWAII DEPARTMENT OF ) PUBLIC SAFETY; DOE ) DEFENDANTS 1-100 and DOE ) ENTITIES 1-100, ) | |
| Defendant(s). ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 30, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendants' Motion To Transfer" are adopted as the opinion and order of this Court.

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District
Court, District of Hawaii
By _____
Deputy

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 14, 2007.



_____
Alan C. Kay
Sr. United States District Judge

<u>LEE v. CORRECTIONS CORPORATION OF AMERICA, et al.</u>, Civ. No. 07-00368 ACK-KSC, Order Adopting Magistrate's Findings and Recommendation.