**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**SCOTT LEE**                                                                                 **PLAINTIFF**

**V.**                                                                            **NO. 2:07CV221-SA-EMB**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**          **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated April 17, 2008, was on that date duly served by regular mail upon the *pro se* plaintiff and electronically upon counsel for defendants. The court received an objection (through the plaintiff's mother) that the plaintiff has been relocated from Hawaii to Arizona, but is seeking a Mississippi attorney to represent him in this matter.

The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated April 17, 2008, is hereby approved and adopted as the opinion of the Court.

2. That the Complaint herein is **DISMISSED** without prejudice to Plaintiff's right to refile this action within ninety (90) days after his release from incarceration outside the state of Mississippi.

3. That any applicable statute of limitations is hereby **TOLLED** for ninety (90) days after Plaintiff's release from incarceration outside the state of Mississippi.

**THIS**, the  20th  day of May, 2008.

                                                    /s/ Sharion Aycock
                                          **UNITED STATES DISTRICT JUDGE**